UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD J. ELLIS,

    Plaintiff,

v.

BIG VALLEY BAND OF POMO,

    Defendant.

Case No. 25-cv-00796-JD

**ORDER RE DISMISSAL**

Re: Dkt. Nos. 2, 5

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Court records indicate that plaintiff filed an earlier complaint raising these exact claims. *See Ellis v. Big Valley Band of Pomo, et al.*, Case No. 25-cv-0722 JD. That case was dismissed with leave to file an amended complaint.

This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The pending motions (Dkt. Nos. 2, 5) are vacated and no fee is due. Plaintiff must present all his claims and arguments in the earlier filed case.

**IT IS SO ORDERED.**

Dated: May 27, 2025

JAMES DONATO
United States District Judge